[No. 49938-6-I.   Division One.   September 16, 2002.]

*In the Matter of the Marriage of* FREDRIC A. STERN, *Appellant,* and EVE M. STERN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 90-3-01899-1, Michael Heavey, J., entered January 9, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 20156-2-III.   Division Three.   September 17, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL A. BROWN, *Appellant.*

Appeal from judgments of the Superior Court for Spokane County, No. 00-8-01092-0, James M. Murphy and Michael E. Donohue, JJ., entered March 15 and April 24, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 27645-3-II.   Division Two.   September 20, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. TODD A. LUND, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 01-1-00027-6, James B. Sawyer II, J., entered June 25, 2001. *Reversed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.